[No. 7429–6–I. Division One. March 24, 1980.]

JAMES W. BOSS, ET AL, *Appellants*, v. JERRY C. CREWS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 852599, James A. Noe, J., entered December

20, 1978. *Reversed* and *remanded* by unpublished opinion per Dore, J., concurred in by Callow, C.J., and Swanson, J.